**Order entered January 26, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00499-CR

**JEB STEVENS BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-83651-2013**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk of the Court to issue the

mandate *instanter*. *See* TEX. R. APP. P. 18.1.


/s/     ADA BROWN
          JUSTICE